**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

---

STRAIGHT PATH IP GROUP, INC.

          Plaintiff,

vs.                Case No. 1:13-cv-1366-LMB-TRJ

VONAGE HOLDINGS CORP.,
VONAGE AMERICA, INC., and
VONAGE MARKETING LLC,

          Defendants.

---

**DECLARATION OF LANTA M. CHASE IN SUPPORT OF DEFENDANTS' MOTION
TO TRANSFER VENUE**

I, Lanta M. Chase, declare as follows:

  1. I am the Intellectual Property Litigation Case Manager with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

  2. On November 26, 2013, I visited Straight Path IP Group Inc.'s alleged "headquarters" at 5300 Hickory Park Drive, Glen Allen, Virginia.

  3. When I visited Straight Path's alleged "headquarters" I observed that Straight Path's alleged "headquarters" is a single empty room.

  4. The small room that makes up Straight Path's alleged "headquarters" was unlit and empty during business hours, and unlike the other suites in the building, has no separate mailbox.

  5. Straight Path's alleged "headquarters," Suite 218, appears to exist within Suite 202, which belongs to the law firm of Cantor and Cantor.

  6. I took photographs of Straight Path's alleged "headquarters" on November 26, 2013, which are attached to my declaration as Exhibit A.  The photographs are true and accurate pictures of what I observed.

  7. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 20 day of December 2013.

_____
Lanta M. Chase

# EXHIBIT A





## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the December 20, 2013, a true and correct copy of the foregoing pleading or paper was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such electronic filing to the following:

Gregory N. Stillman
Hunton & Williams LLP
500 East Main St., Suite 1000
Norfolk, VA 23510

Sona Rewari
Hunton & Williams LLP
1751 Pinnacle Dr., Suite 1700
McLean, VA 22102

Attorneys for Plaintiff Straight Path IP Group, Inc.

/s/  Craig C. Reilly
Craig C. Reilly (VA Bar No. 20942)
craig.reilly@ccreillylaw.com
The Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
Telephone:  (703) 549-5354
Facsimile:   (703) 549-2604
*Counsel for Defendants*