**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

STRAIGHT PATH IP GROUP, INC.

                          Plaintiff,

vs.                                             Case No. 1:13-cv-1366-LMB-TRJ

VONAGE HOLDINGS CORP.,
VONAGE AMERICA, INC., and
VONAGE MARKETING LLC,

                          Defendants.

**DEFENDANTS VONAGE HOLDINGS CORP. , VONAGE AMERICA INC., AND
VONAGE MARKETING LLC'S STATEMENT PURSUANT TO
<u>FED. R. CIV. PROC. 7.1 AND LOC. CIV. R. 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, Defendants Vonage Holdings Corp., Vonage America Inc., and Vonage Marketing LLC, through their undersigned counsel, state as follows:

**Vonage Holdings Corp**. does not have a parent corporation.  No publicly held corporation owns ten percent (10%) or more of the stock of Vonage Holdings Corp.

**Vonage America Inc**. is a wholly-owned subsidiary of Vonage Holdings Corp.  No other corporation owns ten percent (10%) or more of the stock of Vonage America Inc.

**Vonage Marketing LLC** is a limited liability company wholly-owned by Vonage America Inc.  No other corporation owns ten percent (10%) or more of the stock of Vonage Marketing LLC.

                                                  Respectfully submitted,

Dated: December 23, 2013            */s/ Craig C. Reilly*
                                               Craig C. Reilly (VA Bar No. 20942)
                                               craig.reilly@ccreillylaw.com
                                               The Law Office of Craig C. Reilly
                                               111 Oronoco Street
                                               Alexandria, VA 22314
                                               Telephone: (703) 549-5354
                                               Facsimile: (703) 549-2604
                                               *Counsel for Defendants Vonage Holdings Corp.,*
                                               *Vonage America, Inc., and Vonage Marketing LLC*

                                               Of Counsel:

                                               Michael J. Summersgill
                                               michael.summersgill@wilmerhale.com
                                               Richard W. O'Neill
                                               richard.o'neill@wilmerhale.com
                                               Wilmer Cutler Pickering Hale and Dorr LLP
                                               60 State St.
                                               Boston, MA  02109
                                               Telephone:  (617) 526-6000
                                               Facsimile:  (617) 526-5000

                                               Grant K. Rowan
                                               grant.rowan@wilmerhale.com
                                               Wilmer Cutler Pickering Hale and Dorr LLP
                                               1875 Pennsylvania Avenue, N.W.
                                               Washington, D.C.  20006
                                               Telephone:  (202) 663-6000
                                               Facsimile:  (202) 663-6363

                                               *Counsel  for Defendants Vonage Holdings Corp.,*
                                               *Vonage America, Inc., and Vonage Marketing LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the December 23, 2013, a true and correct copy of the foregoing pleading or paper was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such electronic filing to the following:

Gregory N. Stillman
Hunton & Williams LLP
500 East Main St., Suite 1000
Norfolk, VA 23510

Sona Rewari
Hunton & Williams LLP
1751 Pinnacle Dr., Suite 1700
McLean, VA 22102

*Attorneys for Plaintiff Straight Path IP Group, Inc.*

/s/  Craig C. Reilly
Craig C. Reilly (VA Bar No. 20942)
craig.reilly@ccreillylaw.com
The Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
Telephone:  (703) 549-5354
Facsimile:   (703) 549-2604
*Counsel for Defendants Vonage Holdings Corporation, Vonage America, Inc., and Vonage Marketing LLC*