**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

STRAIGHT PATH IP GROUP, INC.

                                    Plaintiff,

vs.                                            Case No. 1:13-cv-1366-LMB-TRJ

VONAGE HOLDINGS CORP.,
VONAGE AMERICA, INC., and
VONAGE MARKETING LLC,

                                    Defendants.

**NOTICE OF HEARING**

PLEASE take notice that, on Friday, January 31, 2014, at 10 a.m., or as soon thereafter as counsel may be heard, Defendants Vonage Holdings Corporation, Vonage America, Inc., and Vonage Marketing LLC will bring before this Court their Motion to Dismiss Claims of Induced and Contributory Infringement, filed contemporaneously herewith, for hearing.

                                    Respectfully submitted,

Dated: December 30, 2013        */s/ Craig C. Reilly*
                                         Craig C. Reilly (VA Bar No. 20942)
                                         craig.reilly@ccreillylaw.com
                                         The Law Office of Craig C. Reilly
                                         111 Oronoco Street
                                         Alexandria, VA 22314
                                         Telephone: (703) 549-5354
                                         Facsimile:  (703) 549-2604
                                         *Counsel for Defendants Vonage Holdings Corp.,*
                                         *Vonage America, Inc., and Vonage Marketing LLC*

Of Counsel:

Michael J. Summersgill
michael.summersgill@wilmerhale.com
Richard W. O'Neill
richard.o'neill@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Grant K. Rowan
grant.rowan@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Counsel for Defendants Vonage Holdings Corp.,
Vonage America, Inc., and Vonage Marketing LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the December 30, 2013, a true and correct copy of the foregoing pleading or paper was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such electronic filing to the following:

Gregory N. Stillman
Hunton & Williams LLP
500 East Main St., Suite 1000
Norfolk, VA 23510

Sona Rewari
Hunton & Williams LLP
1751 Pinnacle Dr., Suite 1700
McLean, VA 22102

*Attorneys for Plaintiff Straight Path IP Group, Inc.*

/s/  Craig C. Reilly
Craig C. Reilly (VA Bar No. 20942)
craig.reilly@ccreillylaw.com
The Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
Telephone:  (703) 549-5354
Facsimile:   (703) 549-2604
*Counsel for Defendants Vonage Holdings Corporation, Vonage America, Inc., and Vonage Marketing LLC*