IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---

STRAIGHT PATH IP GROUP, INC.

                        Plaintiff,

vs.                                                Case No. 1:13-cv-1366-LMB-TRJ

VONAGE HOLDINGS CORP.,
VONAGE AMERICA, INC., and
VONAGE MARKETING LLC,

                        Defendants.

---

**SECOND DECLARATION OF LANTA M. CHASE IN SUPPORT OF DEFENDANTS'
MOTION TO TRANSFER VENUE**

I, Lanta M. Chase, declare as follows:

      1. I am the Intellectual Property Litigation Case Manager with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

      2. On November 26, 2013, I visited Straight Path IP Group Inc.'s alleged "headquarters" at 5300 Hickory Park Drive, Glen Allen, Virginia.

      3. When I visited Straight Path's alleged "headquarters" I observed that Straight Path's logo and company name displayed in the lobby of the building suggest that Straight Path and Cantor & Cantor LLP share office space.

      4. I took photographs of Straight Path's alleged "headquarters" on November 26, 2013, which are attached to my declaration as Exhibit A. The photographs are true and accurate pictures of what I observed.

      5. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January 2014.

                                                                     Lanta M. Chase

# EXHIBIT A





