IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

STRAIGHT PATH IP GROUP, INC.

                Plaintiff,

vs.                                              Case No. 1:13-cv-1366-LMB-TRJ

VONAGE HOLDINGS CORP.,
VONAGE AMERICA, INC., and
VONAGE MARKETING LLC,

                Defendants.

## SECOND MAYERNIK DECLARATION IN SUPPORT OF
## MOTION TO TRANSFER VENUE

I, Mike Mayernik, hereby declare as follows:

1. I am over the age of 21, have never been convicted of a felony or crime of moral turpitude, and am otherwise competent to make this declaration. I declare under penalty of perjury that the following is true and correct and within my personal knowledge.

2. I am the Senior Director of Network Operations for Vonage Holdings Corporation ("Vonage Holdings").

3. My office at Vonage Holdings is located at 23 Main Street, Holmdel, New Jersey.

4. Vonage has one employee that works in Virginia: Mr. An Ong. Mr. Ong merely runs cable to support Vonage equipment installs and performs routine maintenance as needed on the servers that route calls on the Vonage network. Mr. Ong is not otherwise involved with the accused Vonage products and services, and does not have knowledge regarding the design and operation of Vonage's VoIP system.

Executed this 9th day of January 2014 in Holmdel, New Jersey.

                                                           Mike Mayernik
                                                           Senior Director of Network Operations
                                                            Vonage Holdings Corp.