[ Reset Form ]   [ Print Form ]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:13-cv-01366__, Case Name __Straight Path IP Group v. Vonage, et al.__
Party Represented by Applicant: __Plaintiff__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) __David Kenneth Callahan__
Bar Identification Number __6206671__   State __IL__
Firm Name __Kirkland & Ellis LLP__
Firm Phone # __312-862-2000__   Direct Dial # __312-862-2182__   FAX # __312-862-2200__
E-Mail Address __david.callahan@kirkland.com__
Office Mailing Address __300 N. LaSalle St., Chicago, IL 60654__

Name(s) of federal court(s) in which I have been admitted __See Attached__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_Sona Rewari_   1/13/14
(Signature)   (Date)
Sona Rewari
(Typed or Printed Name)   VA 47327
   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____   _____
(Judge's Signature)   (Date)

## ATTORNEY BAR REGISTRATION

### State Bar Admissions

| Attorney | State | Date of Admission | Bar No. |
|---|---|---|---|
| D. K. Callahan | Illinois | November 7, 1991 | 6206671 |
| | DC Court of Appeals | October 14, 2005 | 75061 |

### Federal Bar Admissions

| Attorney | Jurisdiction | Date of Admission | |
|---|---|---|---|
| D. K. Callahan | N.D. IL | December 19, 1991 | |
| | Supreme Court IL | November 1991 | |
| | N.D. Cal | July 6, 1992 | |
| | N.D. IL (Trial Bar) | January 5, 1994 | |
| | E.D. WI | July 27, 1995 | |
| | C.D. IL | January 20, 1998 | |
| | E.D. MI | September 27, 1999 | |
| | W.D. WI | August 15, 2006 | |
| | W.D. MI | October 10, 2007 | |
| | D. Colorado | November 29, 2007 | |
| | E.D. Texas | October 6, 2010 | |
| | S.D. Indiana | May 25, 2011 | |
| | Federal Circuit | February 18, 1997 | |
| | Seventh Circuit | January 23, 1997 | |
| | U.S. Supreme Ct. | July 7, 2000 | |
| | Ninth Circuit | July 20, 2001 | |
| | DC Court of Appeals | October 14, 2005 | 75061 |
| | Fifth Circuit | October 10, 2008 | |