IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:13-cv-01366-LMB-TRJ, Case Name Straight Path IP Group, Inc. v. Vonage Holdings Corp. et al

Party Represented by Applicant: Vonage Holdings Corp., Vonage America, Inc. and Vonage Marketing LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FILED
JAN 14 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FULL NAME (no initials, please) Michael Jennings Summersgill
Bar Identification Number 632816      State MA
Firm Name Wilmer Cutler Pickering Hale and Dorr LLP
Firm Phone # 617-526-6000      Direct Dial # 617-526-6261      FAX # 617-526-5000
E-Mail Address michael.summersgill@wilmerhale.com
Office Mailing Address 60 State Street, Boston, MA 02109

Name(s) of federal court(s) in which I have been admitted US Dist. Ct. District of MA; US Ct. Appeals First Circuit; US Ct. Appeals Federal Circuit; US Ct. Appeals Ninth Circuit; US Ct of Appeals Second Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                            1/13/14 (Date)
CRAIG C. REILLY                        20942
(Typed or Printed Name)                (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓ CW or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

/s/
Leonie M. Brinkema
United States District Judge

January 14, 2014
(Date)