| Reset Form | Print Form |
|---|---|

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:13-cv-01366____, Case Name Straight Path IP Group v. Vonage et al.
Party Represented by Applicant: Plaintiff

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

**FILED**
JAN 14 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### PERSONAL STATEMENT

FULL NAME (no initials, please) David Kenneth Callahan
Bar Identification Number 6206671          State IL
Firm Name Kirkland & Ellis LLP
Firm Phone # 312-862-2000          Direct Dial # 312-862-2182          FAX # 312-862-2200
E-Mail Address david.callahan@kirkland.com
Office Mailing Address 300 N. LaSalle St., Chicago, IL 60654

Name(s) of federal court(s) in which I have been admitted See Attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Sona Rewari
(Typed or Printed Name)

1/13/14
(Date)
VA 47377
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _V_ or DENIED _____

/s/
Leonie M. Brinkema
United States District Judge

January 14, 2014
(Date)

# ATTORNEY BAR REGISTRATION

## State Bar Admissions

| Attorney | State | Date of Admission | Bar No. |
|---|---|---|---|
| D. K. Callahan | Illinois | November 7, 1991 | 6206671 |
| | DC Court of Appeals | October 14, 2005 | 75061 |

## Federal Bar Admissions

| Attorney | Jurisdiction | Date of Admission | |
|---|---|---|---|
| D. K. Callahan | N.D. IL | December 19, 1991 | |
| | Supreme Court IL | November 1991 | |
| | N.D. Cal | July 6, 1992 | |
| | N.D. IL (Trial Bar) | January 5, 1994 | |
| | E.D. WI | July 27, 1995 | |
| | C.D. IL | January 20, 1998 | |
| | E.D. MI | September 27, 1999 | |
| | W.D. WI | August 15, 2006 | |
| | W.D. MI | October 10, 2007 | |
| | D. Colorado | November 29, 2007 | |
| | E.D. Texas | October 6, 2010 | |
| | S.D. Indiana | May 25, 2011 | |
| | Federal Circuit | February 18, 1997 | |
| | Seventh Circuit | January 23, 1997 | |
| | U.S. Supreme Ct. | July 7, 2000 | |
| | Ninth Circuit | July 20, 2001 | |
| | DC Court of Appeals | October 14, 2005 | 75061 |
| | Fifth Circuit | October 10, 2008 | |