# CIVIL MOTION MINUTES

Date: 1/17/14       Judge: Brinkema
Reporter: A. Thomson

Time: 10:21am-10:33am

Civil Action Number: 1:13cv1366

Straight Path IP Group, Inc. vs. Vonage Holdings Corp. et al

Appearances of Counsel for    (X) Pltf    (X) Deft

Motion to/for:
   #11 Deft's Motion to Transfer

Argued &
( X ) Granted    ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Memorandum Opinion to Follow

( X ) Order to follow