IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

STRAIGHT PATH IP GROUP, INC.,      )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )      1:13cv01366 (LMB/TRJ)
                                   )
VONAGE HOLDINGS CORP., et al.,     )
                                   )
       Defendants.                 )

ORDER

For the reasons stated in open court, defendants' Motion to Transfer Venue [Dkt. No. 11] is GRANTED, and it is hereby

ORDERED that this civil action be and is transferred to the United States District Court for the District of New Jersey.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 17 day of January, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge